# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| JULIANNA MESSNER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| EDISON HEALTHCARE, LLC, | § | No.  3:26-CV-00127-LS |
| EDISON HEALTH SOLUTIONS, LLC, | § | |
| SARAT C. KUNAPULI, D.O; | § | |
| ADVANCED ORTHOPEDICS OF | § | |
| OKLAHOMA, PLLC, OKLAHOMA | § | |
| SURGICAL HOSPITAL, LLC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING MOTION TO STRIKE

Defendants Edison Healthcare, LLC, and Edison Health Solutions, LLC, move to strike Plaintiff Julianna Messner's supplemental response in opposition to Defendants' motion to dismiss. As Defendants note, "[a] party may file a reply in support of a motion," but "no further submissions on the motion are allowed" without leave of court.[1] Plaintiff did not move for leave to file her supplemental response. Therefore, the Court **GRANTS** Defendants' motion to strike [ECF No. 24] and **STRIKES** Plaintiff's supplemental response [ECF No. 23].

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 27, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Local Court Rule CV-7(E)(1).