**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JULIANNA MESSNER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | No.  3:26-CV-00127-LS |
| | § | |
| **EDISON HEALTHCARE, LLC,** | § | |
| **EDISON HEALTH SOLUTIONS, LLC,** | § | |
| **SARAT C. KUNAPULI, D.O;** | § | |
| **ADVANCED ORTHOPEDICS OF** | § | |
| **OKLAHOMA, PLLC, OKLAHOMA** | § | |
| **SURGICAL HOSPITAL, LLC,** | § | |
| | § | |
| *Defendants.* | § | |

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS AND DENYING**
**MOTION FOR LEAVE TO AMEND AS MOOT**

Each Defendant moves to dismiss Plaintiff Julianna Messner's complaint for lack of personal jurisdiction or failure to state a claim. The Court referred the motions to the Honorable Laura Enriquez for report and recommendation, who recommended that the Court grant the motions with leave to amend the complaint against Defendants Edison Healthcare, LLC, and Edison Health Solutions, LLC, only. No party objected to the recommendations. The Court therefore **ADOPTS** all three reports and recommendations, **GRANTS** Defendants Sarat Kunapuli and Advanced Orthopedics of Oklahoma, PLLC's Rule 12(b)(2) motion to dismiss [ECF No. 17], **GRANTS** Defendant Oklahoma Surgical Hospital, LLC's Rule 12(b)(2) and Rule 12(b)(6) motion to dismiss [ECF No. 16], and **GRANTS** the Edison Defendants' Rule 12(b)(6) motion to dismiss [ECF No. 11] with leave to amend consistent with the Magistrate Judge's report and recommendation no later than **July 29, 2026**. Having dismissed several defendants included in

Plaintiff's proposed second amended complaint, and having already granted leave to amend the remaining claims, Plaintiff's motion for leave to amend [ECF No. 37] is **DENIED AS MOOT**.

     **SO ORDERED**.

     **SIGNED** and **ENTERED** on July 8, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**